# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1179

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Stanley Robinson, | * | District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: June 18, 1999

Filed: July 28, 1999

_____

Before BEAM and MORRIS SHEPPARD ARNOLD, Circuit Judges, and KYLE,[1] District Judge.

_____

PER CURIAM.

Stanley Robinson appeals from his conviction for possessing cocaine with intent to distribute it, using a firearm during and in relationship to a drug trafficking crime, and being a felon in possession of a firearm. *See* 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c)(1)(A), and 18 U.S.C. § 922(g)(1), respectively. Mr. Robinson maintains that

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

various errors occurred in his trial that deprived him of rights guaranteed him under the Fifth and Sixth Amendments to the Constitution. Having carefully examined the record in relation to Mr. Robinson's arguments, it is clear to us that there was no error in the trial and that, if there was, it was harmless in light of the overwhelming evidence of Mr. Robinson's guilt. Since we see no utility in an extended opinion that would merely rely on our well established precedents, we summarily affirm Mr. Robinson's conviction. *See* 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.